IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number  2:17cv 455
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I.  PARTIES

A.  Plaintiff:

1.  (a) LEO BRANDON FARNSWORTH  (b) #1024201
        (Name)                        (Inmate number)

    DEEP MEADOW CORRECTIONAL CENTER
    (c) ~~3500 WOODS WAY~~
        (Address)
    STATE FARM, VA 23160

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B.  Defendant(s):

1.  (a) LAURA RAMLER                (b) ~~UNIT MANAGER~~
        (Name)                          (Title/Job Description)
    DEEP MEADOW CORRECTIONAL CENTER
    (c) 3500 WOODS WAY
        (Address)
    STATE FARM, VA 23160

AUG 21 2017

2

2. (a) _____ (b) _____
       (Name)                         (Title/Job Description)

   (c) _____
       (Address)

   _____

3. (a) _____ (b) _____
       (Name)                         (Title/Job Description)

   (c) _____
       (Address)

   _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.

II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [X]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2. Court (if federal court, name the district; if state court, name the county):

   _____

   3. Date lawsuit filed: _____

   4. Docket number: _____

5. Name of Judge to whom case was assigned: _____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) : _____

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: __YES__ DEEP MEADOW CORRECTIONAL CENTER, 3500 WOODS WAY, STAE FARM, VA.23160

B. Does the institution listed in "A" have a grievance procedure? Yes [XXX] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [XXX] No [ ]

2. If so, where and when: DEEPMEADOW CORRECTIONAL CENTER AUGUST 15, 2017

3. What was the result? STILL PENDING

4. Did you appeal? Yes [XXX] No [ ]

5. Result of appeal: STILL PENDING

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is Yes, what steps did you take? _____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities: _____

4

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

ON OR ABOUT AUGUST 8,9,10 2017, MS LAURA RAMLER RECEIVED WHAT APPEARED TO BE THREE LETTERS OFFERING MS. LAURA RAMLER A JOB AS CEO/PRESIDENT OF A NON-PROFIT ORGANIZATION. THE LETTER OFFERED MS LAURA RAMLER A SALARY OF $130,000.00 A YEAR. I DID NOT WRITE MS. RAMLER OFFERING HER ANYTHING. I DO NOT HAVE A NON-PROFIT ORGANIZATION AND I HAVE NO WAY TO PAY HER ANYTHING. SOMEONE MUST HAVE HEARD ME DICUSSING TO ANOTHER INMATE MY IDEA OF STARTING A NON-PROFIT ORGANIZATION AND KNEW I GO BY THE NICKNAME "BANK ROBBER", BECAUSE THAT IS THE NAME SOMEONE USED TO WRITE MS. RAMLER. MS. LAURA RAMLER HAD THE INSTITUTIONAL INVESTIGATORS CALL ME TO INTAKE TO GRILL ME ABOUT THE LETTERS. I TOLD BOTH INVESTIGATORS THAT I HAD NO REASON TO WRITE MS. RAMLER AND THAT I WOULD REFRAIN FROM HAVING ANY CONTACT WITH HER. ON THAT DAY AT 1:00pm AUGUST 14,2017 I RECEIVED A CHARGE FOR SOLICITATION OF A STAFF. AT NO TIME DID THE INVESTIGATORS READ ME MY RIGHTS , AND SOLICITATION OF A STAFF IS A SERIOUS CHARGE. I AM SUING FOR DEFAMATION OF CHARACTER, PAIN AND SUFFERING, AS WELL AS CLEARING MY NAME.

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __LBF__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__XXX__ Award money damages in the amount of $ __1,000,000.00__

__XXX__ Grant injunctive relief by __BLOCKING ANY RETAILIATION__

____ Other ____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

__DEEP MEADOW CORRECTIONAL CENTER, 3500 WOODS WAY, STATE FARM, VA 23160__

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

Do you consent to proceed before a U.S. Magistrate Judge: Yes [XX] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __16th__ day of __August__, 20__17__.

Plaintiff __Leo Brandon Farnsworth__