**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

LEO BRANDON FARNSWORTH,

    Plaintiff,

v.                              CIVIL ACTION NO.  2:17cv455

LAURA RAMLER,

    Defendant.

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

Defendant Laura Ramler, by counsel, submits this Motion to Dismiss Pursuant to Rule 12(b)(6). For the reasons more fully set forth in the accompanying memorandum, Defendant requests that this case be dismissed.

                              Respectfully submitted,

                              LAURA RAMLER

          By:              s/Laura Maughan
                              Laura Maughan, VSB #87798
                              Assistant Attorney General
                              Office of the Attorney General
                              Criminal Justice & Public Safety Division
                              202 North Ninth Street
                              Richmond, Virginia 23219
                              Phone:  (804) 786-0030
                              Fax:  (804) 786-4239
                              Email: lmaughan@oag.state.va.us

**CERFIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following: N/A.

I also hereby certify that I have sent the document, postage prepaid, to the following non-filing user:

Leo Brandon Farnsworth #1024201
Buckingham Correctional Center
PO Box 340
Dillwyn, Virginia
23926

                                                    s/Laura Maughan
                                      Laura Maughan, VSB #87798
                                      Assistant Attorney General